UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL SCOTT ANDERSON,

    Petitioner,

v.

SHERMAN CAMPBELL,

    Respondent.

Case No. 2:23-cv-12208

Honorable Robert J. White

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR ORAL ARGUMENT [ECF No. 12]**

Michigan prisoner Darnell Scott Anderson has filed a petition for a writ of habeas corpus seeking relief under 28 U.S.C. § 2254. He challenges his jury-based convictions of three counts of third-degree criminal sexual conduct (CSC-III), Mich. Comp. Laws § 750.520d(1)(d) (person related by blood or affinity to the third degree), and two counts of fourth-degree criminal sexual conduct (CSC-IV), Mich. Comp. Laws § 750.520e(1)(d) (person related by blood or affinity to the third degree). His petition raises five claims concerning his right to counsel of choice, right to an impartial jury, prosecutorial misconduct, and improper admission of other-acts evidence. (ECF No. 1). Respondent filed an answer and the relevant Rule 5 materials. (ECF Nos. 10, 11).

Presently before the Court is Petitioner's motion for oral argument on his habeas petition. (ECF No. 12). This Court's general practice is to decide a petition for writ of habeas corpus on the briefs. *See* E.D. Mich. LR 7.1(f)(1). If after review of the pleadings and state court record, the Court finds that the decisional process will be aided by oral argument, the Court will schedule a hearing on its own initiative. Therefore, Petitioner's motion for oral argument is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated: November 12, 2024

s/Robert J. White
Robert J. White
United States District Judge